**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

DC CT/NHCT
02 cv 735

FILED

2003 NOV -4  A 11: 38

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| STANLEY CHANCE, | ) |
| Plaintiff-Appellant | ) |
| v. | ) Docket No. 02-6250 |
| U.S. POSTAL SERVICE, | ) |
| Defendant-Appellee | ) |

*[Seal: UNITED STATES COURT OF APPEALS FILED OCT 27 2003 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]*

### STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between Stanley Chance, Plaintiff-Appellant (hereinafter "Mr. Chance" or "the Plaintiff-Appellant") and the U.S. Postal Service, Defendant-Appellee, (hereinafter "the Postal Service" or "the Defendant-Appellee) as follows:

1. Mr. Chance and the Postal Service do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The U.S. Postal Service agrees to pay to Mr. Chance, the sum of One Thousand ($1,000.00) Dollars, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned action, including those claims made the above-captioned appeal and in the underlying United States District Court civil action denominated <u>Stanley Chance v. U.S. Postal Service, U.S. District Court for the District of Connecticut Civil Action No.</u>

1

CERTIFIED: 10/27/03

3:02CV0735(JCH)(hereinafter, collectively, "the subject claims").

3.  Mr. Chance, his heirs, executors, administrators or assigns, hereby agrees to accept the sum of One Thousand ($1,000.00) Dollars, in full settlement and satisfaction of the subject claims and any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America and the United States Postal Service, their agents, servants and employees on account of the subject claims and the same subject matter that gave rise to the subject claims, including any future claim for wrongful death.

4.  Mr. Chance and the U.S. Postal Service agree that this matter shall be dismissed with prejudice from the docket of the Court of Appeals for the Second Circuit and hereby request that the Court enter such a dismissal.

5.  This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States or the United States Postal Service, their agents, servants, or employees, and is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

6.  It is also agreed, by and among the parties, that the settlement amount of One Thousand ($1,000.00) Dollars represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses associated with the subject claims.

7.  Payment of the settlement amount will be made by a check drawn from an

account maintained by the U.S. Postal Service, for One Thousand ($1,000.00) Dollars and made payable to Stanley Chance. The check will be mailed to Mr. Chance at following address: 99 Jetland Street, Bridgeport, CT 06605.

7.   In consideration of the payment of the One Thousand ($1,000.00) Dollars as set forth above, Mr. Chance will execute for filing with the appropriate court such documents as shall be necessary to cause the above-captioned action and any related action to be dismissed with prejudice from the docket of the appropriate court.

8.   The Postal Service agrees to use its best efforts to secure the payment described above within forty-five (45) days of the date of the Postal Service's signing of this settlement agreement.

_____
Stanley Chance, *pro se*

October 1, 2003
Dated

U.S. Postal Service

By its attorney:
KEVIN J. O'CONNOR
United States Attorney

_____
Anthony T. Rice
Special Assistant U.S. Attorney
United States Postal Service
Northeast Area Law Office
8 Griffin Road North
Windsor, CT 06006-0170
(860) 285-7098
anthony.t.rice@usps.gov

October 3, 2003
Dated

So Ordered!

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by _____
Arthur M. Heller, Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

OCT 27 2003

3



MANDATE

DCCT/NHCT
02 cv 735

FILED

2003 NOV -4  A 11: 38

US DISTRICT COURT
HARTFORD CT

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| STANLEY CHANCE, | ) |
| Plaintiff-Appellant | ) |
| v. | ) Docket No. 02-6250 |
| U.S. POSTAL SERVICE, | ) |
| Defendant-Appellee | ) |

UNITED STATES COURT OF APPEALS
FILED
OCT 2 7 2003
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

### STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between Stanley Chance, Plaintiff-Appellant (hereinafter "Mr. Chance" or "the Plaintiff-Appellant") and the U.S. Postal Service, Defendant-Appellee, (hereinafter "the Postal Service" or "the Defendant-Appellee) as follows:

1. Mr. Chance and the Postal Service do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The U.S. Postal Service agrees to pay to Mr. Chance, the sum of One Thousand ($1,000.00) Dollars, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned action, including those claims made the above-captioned appeal and in the underlying United States District Court civil action denominated <u>Stanley Chance v. U.S. Postal Service, U.S. District Court for the District of Connecticut Civil Action No.</u>

1

CERTIFIED: 10/27/03

3:02CV0735(JCH)(hereinafter, collectively, "the subject claims").

3. Mr. Chance, his heirs, executors, administrators or assigns, hereby agrees to accept the sum of One Thousand ($1,000.00) Dollars, in full settlement and satisfaction of the subject claims and any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America and the United States Postal Service, their agents, servants and employees on account of the subject claims and the same subject matter that gave rise to the subject claims, including any future claim for wrongful death.

4. Mr. Chance and the U.S. Postal Service agree that this matter shall be dismissed with prejudice from the docket of the Court of Appeals for the Second Circuit and hereby request that the Court enter such a dismissal.

5. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States or the United States Postal Service, their agents, servants, or employees, and is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

6. It is also agreed, by and among the parties, that the settlement amount of One Thousand ($1,000.00) Dollars represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses associated with the subject claims.

7. Payment of the settlement amount will be made by a check drawn from an

account maintained by the U.S. Postal Service, for One Thousand ($1,000.00) Dollars and made payable to Stanley Chance. The check will be mailed to Mr. Chance at following address: 99 Jetland Street, Bridgeport, CT 06605.

7. In consideration of the payment of the One Thousand ($1,000.00) Dollars as set forth above, Mr. Chance will execute for filing with the appropriate court such documents as shall be necessary to cause the above-captioned action and any related action to be dismissed with prejudice from the docket of the appropriate court.

8. The Postal Service agrees to use its best efforts to secure the payment described above within forty-five (45) days of the date of the Postal Service's signing of this settlement agreement.

_____   October 1, 2003
Stanley Chance, *pro se*          Dated

U.S. Postal Service

By its attorney:
KEVIN J. O'CONNOR
United States Attorney

*Anthony T. Rice*/JTK          October 3, 2003
Anthony T. Rice                Dated
Special Assistant U.S. Attorney
United States Postal Service
Northeast Area Law Office
8 Griffin Road North
Windsor, CT 06006-0170
(860) 285-7098
anthony.t.rice@usps.gov

So Ordered!

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
       DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by _____
Arthur M. Heller, Motions Staff Attorney

OCT 27 2003

3